UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL J. ROSENBLEDT, Trustee,

    Plaintiff,

    v.

GUILLERMO SALGADO, et al.,

    Defendants.

_____/

No. C 10-1206 PJH

**ORDER GRANTING MOTION TO SHORTEN TIME**

The court is in receipt of plaintiff's previously filed motion to remand the present action to state court, as well as plaintiff's instant motion to shorten time in connection with same, requesting that the court hear plaintiff's motion to remand as soon as possible, and well in advance of the currently scheduled hearing date on the motion, June 2, 2010. Defendants have failed to file any opposition to the motion to shorten time.

Having reviewed plaintiff's request to shorten time, and in view of defendants' failure to file an opposition to the request, and the limited nature of issues presented in plaintiff's motion to remand, the court hereby GRANTS plaintiff's motion to shorten time. The hearing on plaintiff's motion to remand will now be heard on May 18, 2010, at 9:00 a.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California 94612. As the court is in receipt of plaintiff's motion to remand, defendants' opposition thereto shall be due no later than **May 14, 2010**. No reply brief shall be due in response thereto.

**IT IS SO ORDERED.**

Dated: May 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge